FOR LEGAL USE ONLY – MELENDY, MITCHEL
FOR LEGAL USE ONLY – MELENDY, MITCHEL

11TH CIRCUIT DISTRICT COURT

Mitchel Melendy
    vs.
5 Pasco Judges / Samuel Bondy / Bruce Bartlett / Pasco County Property Appraiser / Anthony Roy / Joslynne Roy / 2nd DCA Judge Morris / 2nd DCA Judge Sleet / 2nd DCA Judge Rothstein Youakim

Lolo # 21-3217

8:22-CV-352-TPB-AEP

42 U.S.C. § 1983

Comes Now the Plaintiff, Mitchel Melendy, PRO-SE to move this Court to Respect and Honor by Law this Motion 42 U.S.C. § 1983 on the following grounds:

## CASE AND ARGUEMENT OF FACTS

I'm a owner of the "6506 Margaret Dr. Port Richey FL, 34668" property and have been for years since my grandmother an Eastern Star named Beverly Roy put my name on the title, along with Anthony Roy and Valerie Roy. Anthony Roy is a very nefarious, desperate, and lazy drug addict along with his wife Joslynne Roy. So I have the property under 360° degree 24/7 survailence 365 days a year. I was advised in late 2021 that there was serious issues, criminal activity, and drug activity at the home. I had someone check to make sure the property taxes were up to date and came to find that Anthony Roy forged me and my sisters name off of the property illegally without us and put Joslynne Roy on it. I did not give ID nor sign at a notary permission for this recently. I haven't had a Florida ID since I was '21, its my understanding that this forgery occured sometime around 2011 or 2012. I wrote prosecutors Samuel Bondy and Bruce Bartlett and told them I wanted to press charges for the fraud/theft and to have me and my sisters name restored to the property, I was ignored entirely and also by Pasco courts for months without response. I appealed to the 2nd DCA and they gave me a blank denial saying that because I'm unable to pay a filing fee its okay for people to steal my property and they won't do anything about it which violates my U.S.C. rights. 1st Amend, 5th, and 14th Amend. rights. I advised for them to fix it and they refused. Because of the blank denial the Florida Supreme Court will not

FOR LEGAL USE ONLY – MELENDY, MITCHEL
FOR LEGAL USE ONLY – MELENDY, MITCHEL

PAGE # 1   SIDE # 1

hear an unelaborated decision from a lower court leaving this as the only place of appeal for this outright violation of Fla. § 843.0855, the 11TH CIRCUIT.

By law when theres issues like this over a property it is to be evenly divided, but I contest that since Anthony Roy tried to steal it by fraud that he forfeited his right to his portion, also that I seek suit for that portion and restitution for the crime against me and Valerie Roy. Anthony is a broke drug addict whom lives off of his wife and will be unable to pay, the only asset is the property in question, fraud will send him to jail for a felony; the property was valued at $18,000 a 3 way split would be $6000 a piece. however Anthony forfeited his share no matter how you look at it, means the property is to be seized by the state and divided. I want my $6000 share to go towards court fines and debts in Florida and for the remaining $12,000 to be given to Valerie Roy, she lives in Illinois and if you need her address just ask me.

Some one on record defrauded me and my sister of property but if I get accused of a crime I don't commit I have to dig my way outta jail, yet Anthony Roy and Joslynne Roy's fraud goes unpunished;

This is entirely illegal and the opposite of the law.

## RELIEF AND REMEDY SOUGHT

The Relief Uherdy seeks based on the motion above is the following:

① That the property be seized and divided properly monetarily between myself and Valerie Roy

② That all parties guilty of giving aid to this criminal activity and violations of Fla. § 843.0855 suffer suit for punitive damages each for $100,000 in official and unofficial capacity; also that they suffer prosecutions for their crimes.

③ That I be allowed to proceed "in forma pauperis" and that this court can take $6000 of my portion and pay all my filing fees for all my motions and save $1000 for future filings and use the remaining to pay off Florida fines from the past.

PAGE #1 SIDE #2

FOR LEGAL USE ONLY – MELENDY, MITCHEL     FOR LEGAL USE ONLY – MELENDY, MITCHEL

11TH CIRCUIT DISTRICT COURT

Mitchel Melendy v. Florida/Pasco,

42/1.o.S.o.C. 3/1983

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a True and Correct copy of the forgoing has been furnished on 11TH CIRCUIT DISTRICT COURT @ 801 N. Florida Ave., Room 218 Tampa FL, 33602-3800 on the 7th day of Febuary 2022

DATE: 2/7/2022                     X Mitchel Melendy

FOR LEGAL USE ONLY – MELENDY, MITCHEL     FOR LEGAL USE ONLY – MELENDY, MITCHEL

PAGE #2 SIDE #1